Form a0asgncl

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215–2414**

---

In Re: Christopher Jason Morrison
      Erin Michelle Morrison
         Debtor(s)

SSN/TAX ID:
    xxx–xx–5872
    xxx–xx–8033

Case No.: 2:11–bk–51227

Chapter: 13

Judge: C. Kathryn Preston

---

### NOTICE OF FILING TRANSFERRED OR ASSIGNED PROOF(S) OF CLAIM

A transfer/assignment of claim(s) was filed in the above proceeding by Capital One, N.A. for the transfer of a claim originally filed by HSBC Bank Nevada, N.A..

The transfer/assignment designates HSBC Bank Nevada, N.A. as the transferor and Capital One, N.A. as the transferee.

Notice is given that:

The deadline to file a written objection to the transfer/assignment of the proof(s) of claim is December 4, 2012. If no objection is filed, the transferee shall be substituted for the transferor in accordance with Bankruptcy Rule 3001(e)(2).

Dated: November 13, 2012

                                            FOR THE COURT:
                                            Kenneth Jordan
                                            Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Southern District of Ohio

```
In re:                                                          Case No. 11-51227-ckp
Christopher Jason Morrison                                      Chapter 13
Erin Michelle Morrison
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0648-2         User: reasings              Page 1 of 2              Date Rcvd: Nov 13, 2012
                             Form ID: a0asgncl           Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2012.
```
db/jdb       +Christopher Jason Morrison,   Erin Michelle Morrison,   430 Forest Avenue,
               Zanesville, OH 43701-2945
15836375     +Capital One, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite #200,
               Tucson, AZ 85712-1083
14563762     +HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite 200,
               Tucson, AZ 85712-1083
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 15, 2012**          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0648-2         User: reasings              Page 2 of 2             Date Rcvd: Nov 13, 2012
                             Form ID: a0asgncl           Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2012 at the address(es) listed below:
          Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
          Crystal I Zellar    on behalf of Debtor Christopher Morrison mail@zellarlaw.com,
          zellarmail@yahoo.com
          Erin   Jochim    on behalf of Creditor   CitiMortgage, Inc. sohbk@lsrlaw.com
          Frank M Pees    trustee@ch13.org
          TOTAL: 4